IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DENLEY J. OMPOY, et al.,<br><br>Defendants. | CIVIL NO. 20-00054 JAO-RT<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 15, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant the United States' Motion for Default Judgment Against Defendants Pinnacle Credit Services, LLC and First Resolution Investment Corporation," ECF No. 65, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:   Honolulu, Hawai'i, February 5, 2021.



_____
Jill A. Otake
United States District Judge